No. 275. MAHOMET YUSUF IBN BIN RILLA, a/k/a Lemuel Smith, Appellant, v. WAUPUN MEMORIAL HOSPITAL, Respondent.

(Also reported in 214 N. W. 2d 317.)

The cause was submitted for the appellant on the brief of *Mahomet Yusuf Ibn Bin Rilla, a/k/a Lemuel Smith* of Waupun, pro se, and for the respondent on the brief of *Kivett & Kasdorf*, attorneys, and *Nonald J. Lewis* and *William M. Cannon* of counsel, all of Milwaukee.

Judgment affirmed.